**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF SAGINAW**

LATOYA CALDWELL-MARSHALL,

    Plaintiff,

  vs.                                            Case No. 19-038443-CD-3

SAGINAW TRANSIT AUTHORITY            Hon.
REGIONAL SERVICES "STARS",

    Defendant.
_____/

| | |
|---|---|
| MANDA L. DANIELESKI  P62597 | MICHAEL D. WEAVER  P43985 |
| Attorney for Plaintiff | Plunkett Cooney |
| 905 North Michigan Avenue | Attorneys for Defendant |
| Saginaw, MI  48602 | 38505 Woodward |
| (989) 401-7890 | Suite 100 |
| westervm@gmail.com | Bloomfield Hills, MI  48034 |
| | (248) 901-4025 |
| | mweaver@plunkettcooney.com |

**NOTICE OF FILING REMOVAL**

TO:        CLERK OF THE COURT, Saginaw County Circuit Court
             Manda L. Danieleski, Esq.

PLEASE TAKE NOTICE that Defendant, SAGINAW TRANSIT AUTHORITY REGIONAL SERVICES, by and through their attorneys, PLUNKETT COONEY, hereby files herewith, pursuant to 28 U.S.C. 1446(a), to the Clerk of the Circuit Court for the County of Saginaw, State of Michigan, a true copy of their Notice of Removal of this cause from the Circuit Court for the County of Saginaw, State of Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division.

2

        Respectfully submitted,

        PLUNKETT COONEY

        **/s/Michael D. Weaver**
        MICHAEL D. WEAVER (P43985)
        Attorney for Defendant STARS
        38505 Woodward Avenue # 100
        Bloomfield Hills, MI 48304
        (248) 901-4025
        mweaver@plunkettcooney.com

Dated:  February 14, 2019

# STATE OF MICHIGAN

# IN THE CIRCUIT COURT FOR THE COUNTY OF SAGINAW

LATOYA CALDWELL-MARSHALL,

    Plaintiff,

  vs.                                                  Case No. 19-038443-CD-3

SAGINAW TRANSIT AUTHORITY               Hon.
REGIONAL SERVICES "STARS",

    Defendant.
                                                        /

| | |
|---|---|
| MANDA L. DANIELESKI  P62597 | MICHAEL D. WEAVER  P43985 |
| Attorney for Plaintiff | Plunkett Cooney |
| 905 North Michigan Avenue | Attorneys for Defendant |
| Saginaw, MI  48602 | 38505 Woodward |
| (989) 401-7890 | Suite 100 |
| westervm@gmail.com | Bloomfield Hills, MI  48034 |
| | (248) 901-4025 |
| | mweaver@plunkettcooney.com |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

TO:        HONORABLE JUDGES OF THE U.S. DISTRICT COURT
             Eastern District of Michigan, Southern Division
             Manda L. Danieleski, Esq.

        Defendant, SAGINAW TRANSIT AUTHORITY REGIONAL SERVICES, in this

action, originally pending in the Circuit Court for the County of Saginaw, Civil Action No. 19-

038443-CD-3 hereby removes this action to the United States District Court for the Eastern

District of Michigan, Southern Division. In support of this Removal, Defendant states as follows:

1. There was commenced and is now pending in the Circuit Court for the County of Saginaw, the above action in which LaToya Caldwell-Marshall is the Plaintiff. Saginaw Transit Authority Regional Services (hereinafter "STARS") is the Defendant.

2. Defendant is seeking removal based upon a federal question presented in Plaintiff's Complaint; to wit: The Family & Medical Leave Act. Therefore, this Removal is appropriate.

3. The District Court of the United States is given jurisdiction under 28 U.S.C. 1332(a)(1), and this action is removable to this Court under 28 U.S.C. 1441(a).

4. This notice is filed with this Court within thirty (30) days after the date of service of process upon this Defendant, said service of process having taken place on or about January 25, 2019.

5. A copy of this notice shall be given to all adverse parties, as required by law.

6. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Circuit Court for the County of Saginaw, State of Michigan, as provided by law.

7. Defendant files herewith and by reference make a part hereof a true and correct copy of all process, pleadings, and orders purportedly served upon Defendant in this action.

WHEREFORE, Defendant, SAGINAW TRANSIT AUTHORITY REGIONAL SERVICES, by and through its attorneys, PLUNKETT COONEY, respectfully requests that this Court remove this action from the Circuit Court for the County of Saginaw, State of

Michigan to the United States District Court for the Eastern District of Michigan, Southern Division.

          PLUNKETT COONEY

          /s/Michael D. Weaver
          MICHAEL D. WEAVER  P43985
          Attorneys for Defendant STARS
          38505 Woodward
          Suite 100
          Bloomfield Hills, MI  48034
          Tele: (248) 901-4025
          mweaver@plunkettcooney.com

Dated:  February 14, 2019

**PROOF OF SERVICE**

I hereby certify that on February 14, 2019, a copy of Notice of Filing Removal and Notice of Removal were filed and the attorney of record was notified via first class mail at the following address:

    Manda L. Danieleski, Esq.
    Attorney at Law
    905 North Michigan Avenue
    Saginaw, MI  48602

          PLUNKETT COONEY

          /s/Michael D. Weaver
          MICHAEL D. WEAVER  P43985
          Attorneys for Defendant STARS
          38505 Woodward
          Suite 100
          Bloomfield Hills, MI  48034
          Tele: (248) 901-4025
          mweaver@plunkettcooney.com

Open.20811.90508.21649897-1

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF SAGINAW

LATOYA CALDWELL-MARSHALL,

    Plaintiff,

Case No:   19-03843-CD

v.

SAGINAW TRANSIT AUTHORITY
REGIONAL SERVICES, "STARS"

    Defendant.

A TRUE COPY
Michael J. Hanley,

_____/

MANDA L. DANIELESKI (P62597)
Attorney for Plaintiff
905 North Michigan Avenue
Saginaw, MI 48602
(989) 401-7890
FAX (989) 401-7892
westervm@gmail.com

_____/

## COMPLAINT, DEMAND FOR JURY TRIAL AND PRETRIAL CONFERENCE

There is no other pending or resolved civil action between the
parties or other parties arising out of the transaction or
occurrence alleged in this complaint.

### COMMON ALLEGATIONS

NOW COMES the Plaintiff, LATOYA CALDWELL-MARSHALL, by and through her attorney, MANDA L. DANIELESKI, and hereby complains against the Defendant SAGINAW TRANSIT AUTHORITY REGIONAL SERVICES, "STARS," stating as follows:

1. That at all times relevant herein, the Plaintiff, LATOYA CALDWELL-MARSHALL, resides in the County of Saginaw, State of Michigan.

2. That at all times, relevant herein, Defendant, SAGINAW TRANSIT AUTHORITY REGIONAL SERVICES, "STARS," is a domestic, non-profit, corporation doing business in the County of Saginaw, State of Michigan.

3. That Plaintiff was hired by the Defendant on November 15, 2016.

4. That Plaintiff was employed as an IT Specialist.

5. That Plaintiff did apply for and take leave under the Family and Medical Leave Act, otherwise found at 29 USC section 2601 *et seq.* and did exercise her rights under the Family and Medical Leave Act.

6. That the Plaintiff was terminated on February 21, 2018 after availing herself to her rights under the FMLA and for reasons which were wholly pretextual in nature.

7. That Plaintiff hereby alleges Family and Medical Leave Act retaliation and interference by her employer. She requested Family and Medical Leave, she suffered an adverse employment action, and a causal connection exists between her exercise of rights and the adverse employment action.

8. That at all times, material hereto the Defendant failed to act in good faith.

9. That Plaintiff's termination was in violation of the anti-retaliation and interference provisions of the Family and Medical Leave Act otherwise found at 29 USC section 2601 *et seq.*

10. That the Plaintiff, as a direct and proximate result of Defendant's unlawful activities, has sustained economic damages in excess of $25,000.00 (TWENTY FIVE THOUSAND DOLLARS) exclusive of costs, attorney fees, and interest.

11. That Plaintiff, as a direct and proximate result of Defendant's unlawful activities has sustained noneconomic damages in excess of $25,000.00 (TWENTY FIVE THOUSAND DOLLARS) exclusive of costs, attorney fees, and interest.

12. That Plaintiff has a direct and proximate result of Defendant's unlawful actions has sustained attorney fees and costs.

13. That Plaintiff also seeks liquidated damages and equitable relief pursuant to statute. 29 USC section 2617(a).

## COUNT I
## VIOLATIONS OF THE FAMILY AND MEDICAL LEAVE ACT

14. That Plaintiff hereby incorporates paragraphs 1 through 13 above, as if reiterated word for word and paragraph by paragraph herein.

15. That at all times, material hereto, the Plaintiff did avail herself to rights afforded to her under the Family and Medical Leave Act; specifically, her leave was to care for Rilla Caldwell, her mother.

16. That the Plaintiff was fired on February 21, 2018 for reasons which were wholly pretextual in nature.

17. That the Plaintiff had an unblemished record prior to discharge.

18. That the Plaintiff's termination was in violation of the anti-retaliation and interference provisions of the Family and Medical Leave Act.

19. That the Defendant did discharge the Plaintiff and discriminated against her because she availed herself to a protected rights under the Family and Medical Leave Act.

20. That at all times, material hereto Defendant did fail to act in good faith.

21. That Defendant did interfere with Plaintiff's rights under the Family and Medical Leave Act.

22. That Plaintiff, as a direct and proximate result of Defendant's unlawful activities, has sustained economic damages in excess of $25,000.00 (TWENTY FIVE THOUSAND DOLLARS) exclusive of costs, attorney fees, and interest.

23. That the Plaintiff, as a direct and proximate result of Defendants' unlawful activities, has sustained non-economic damages in excess of $25,000.00 (TWENTY FIVE THOUSAND DOLLARS) exclusive of costs, attorney fees and interest.

24. That the Plaintiff, as a direct and proximate result of Defendant's unlawful activities, has sustained attorney fees and costs.

25. That the Plaintiff also seeks liquidated damages and equitable relief pursuant to statute. 29 USC section 2617(a).

WHEREFORE, Plaintiff, LATOYA CALDWELL-MARSHALL, prays for this Honorable Court to award damages in excess of $25,000.00 (TWENTY FIVE THOUSAND and 0/100 DOLLARS), together with all court costs and attorney fees that are allowed under the Statute or Common Law for the violations as noted herein.

Respectfully Submitted:

Dated: 1.7.19

**MANDA L. DANIELESKI (P62597)**
*Attorney for Plaintiff*
905 N. Michigan Ave.
Saginaw, MI 48602
Ph: 989.401.7890
Fax: 989.401.7892
westervm@gmail.com

## DEMAND FOR TRIAL BY JURY

NOW COMES the Plaintiff, LATOYA CALDWELL-MARSHALL, by and through her attorney, MANDA L. DANIELESKI, and hereby demands a trial by jury of all issues in this cause of action unless expressly waived.

Dated: 1.7.19

Respectfully Submitted:

MANDA L. DANIELESKI (P62597)
Attorney for Plaintiff
905 N. Michigan Ave.
Saginaw, MI 48602
Ph: 989.401.7890
Fax: 989.401.7892
westervm@gmail.com

## DEMAND FOR PRE-TRIAL CONFERENCE

NOW COMES the Plaintiff, LATOYA CALDWELL-MARSHALL, by and through her attorney, MANDA L. DANIELESKI, and hereby demands a Pre-Trial Conference.

Dated: 1.7.19

Respectfully Submitted:

**MANDA L. DANIELESKI (P62597)**
*Attorney for Plaintiff*
905 N. Michigan Ave.
Saginaw, MI 48602
Ph: 989.401.7890
Fax: 989.401.7892
westervm@gmail.com